IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:07cr23-2RLV

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| BRIAN DARNELL HENDERSON | ) | |

**THIS MATTER** is before the Court upon Government's Motion For Peremptory Trial Setting, filed on 15 January 2008, with the knowledge and consent of the Defendant. This matter is currently scheduled for trial during the 3 March 2008 criminal term in the Statesville Division.

The parties represent the following: 1) The AUSA's co-counsel, Dana Washington, will be presenting at the National Advocacy Center during week of March 3-7, 2008. 2) Both AUSA Steven Kaufman, and defense counsel, James Quander, have another trial scheduled for March in Charlotte (case 3:07cr79). The court granted a peremptory setting to commence on 4 March 2008 in that case.

Further, the motion request that the Court set this matter peremptorily for the week of March 17-22, 2008. However, this Court has a conflict with the dates requested by the Government; therefore, the Court cannot grant a peremptory setting in this matter.

**IT IS, THEREFORE, ORDERED** that the Government's Motion For Peremptory Trial Setting is **DENIED.**

Signed: February 8, 2008

Richard L. Voorhees
United States District Judge