**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07cr23**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **BRIAN DARNELL HENDERSON** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion For Interim CJA Payment on the above-captioned matter.

The Court finds that the Defendant's request for interim payment is appropriate.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for interim payment is hereby **GRANTED**.

Signed: June 2, 2008

Richard L. Voorhees
United States District Judge